IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MONTANA ENVIRONMENTAL INFORMATION CENTER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DOUG BURGUM, et al., <br><br> Defendants. | Case No. CV-26-21-BLG-TJC <br><br> **ORDER** |

IT IS HEREBY ORDERED that this case is REASSIGNED to the Honrable Donald W. Molloy for all further proceedings.

DATED this 17th day of March 2026.

_Brian Morris_

_____

Brian Morris, Chief District Judge
United States District Courts