Shiloh Hernandez
Earthjustice
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699
shernandez@earthjustice.org

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 443-3501
hornbein@westernlaw.org

Daniel Timmons, *pro hac vice*
Western Environmental Law Center
409 E. Palace Ave. #2
Santa Fe, NM 87501
(505) 570-7014
timmons@westernlaw.org

Brandon Jones-Cobb, *pro hac vice*
Center for Biological Diversity
P.O. Box 30604
Seattle, WA 98113-0604
(564) 397-0830, ext. 478
bjonescobb@biologicaldiversity.org

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BILLINGS DIVISION

MONTANA ENVIRONMENTAL INFORMATION CENTER, et al.,

Plaintiffs,

vs.

DOUG BURGUM, et al.,

Defendants.

Case No. CV 26-21-BLG-DWM

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Montana Environmental Information Center, Center for Biological Diversity, and WildEarth Guardians (together, "Conservation Groups") move pursuant to Federal Rule of Civil Procedure 56(a) for summary judgment.

As set forth in their accompanying brief, the Federal Defendants violated the National Environmental Policy Act (NEPA) and Administrative Procedure Act

(APA) in approving the federal mining plan modification for the AM3 Amendment of the Bull Mountains Mine. Because the administrative record for the underlying action is complete and constitutes the undisputed facts underlying the agency decision, summary judgment is appropriate. *See City & Cnty. of San Francisco v. United States*, 130 F.3d 873, 877 (9th Cir. 1997).

In addition to the merits, Conservation Groups' brief addresses why the presumptive remedy of vacatur is appropriate. Accordingly, this Court should vacate Federal Defendant's June 2025 Final Environmental Impact Statement and Record of Decision for the Bull Mountains Mine Federal Mining Plan Modification for Federal Lease MTM-97988 Amendment 3.

Respectfully submitted this 9th day of October, 2026.

/s/ Shiloh Hernandez
Shiloh Hernandez
Earthjustice
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699
shernandez@earthjustice.org

Daniel Timmons, *pro hac vice*
Western Environmental Law Center
409 E. Palace Ave. #2
Santa Fe, NM 87501
(505) 570-7014
timmons@westernlaw.org

Melissa Hornbein
Western Environmental Law Center
103 Reeder's Alley

Helena, Montana 59601
(406) 443-3501
hornbein@westernlaw.org

Brandon Jones-Cobb, *pro hac vice*
Center for Biological Diversity
P.O. Box 30604
Seattle, WA 98113-0604
(564) 397-0830, ext. 478
bjonescobb@biologicaldiversity.org

*Attorneys for Plaintiffs*